In the Matter of ARNOLD H. MARKS et al., Appellants, against REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Argued October 6, 1953; decided October 22, 1953.

*Grover M. Moscowitz* for appellants.

*Charles A. Brind, Jr.,* for respondents.

*Harold Kohn* for New York State Optometric Association, *amicus curiæ,* in support of respondents' position.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.